Ex. &c. No. 802. STATE *v.* ALEXANDER MANCINI. Motion for leave to reargue denied. *Richard J. Israel,* Attorney Gener-

al, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant.

